UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00198-MOC-DSC

| | | |
|---|---|---|
| **HENDRICK AUTOMOTIVE GROUP,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **TRUMBULL INSURANCE COMPANY AND** | ) | |
| **HARTFORD FIRE INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the parties' Joint Request for Status Conference. Having considered the parties' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties' Joint Request for Status Conference (#11) is **GRANTED**. The Clerk of Court is respectfully requested to place this matter on the calendar for a status conference.

Signed: September 13, 2017

Max O. Cogburn Jr
United States District Judge

-1-