# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Hendrick Automotive Group, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00198-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Hartford Fire Insurance Company | ) | |
| Trumbull Insurance Company, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2018 Order.

April 9, 2018

_____
Frank G. Johns, Clerk
United States District Court